FILED'06 SEP 06 14:56USDC-ORE

Daniel N. Gordon, OSB #78225
DANIEL N. GORDON, P.C.
3390 W. 11th Avenue, Suite D
PO Box 22338
Eugene, OR 97402
(541) 342-2276
dgordonpc@aol.com

Eric Hoort, WSB #29360
SARGENT HOORT, PLLC
520 Pike Tower, Suite 1250
Seattle, WA 98101
(206) 838-4970
erichoort@shppartners.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DANIEL N. GORDON, P.C., an Oregon professional corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL R. ARENDS and GABRIELLA R. ARENDS, Husband and Wife, and the marital community thereof | Case No. CV 06 006021 001<br><br>STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE |

Based on the stipulated motion of the parties to this law suit and good cause appearing;

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's claim and defendants' counterclaims are hereby dismissed with prejudice; and this law suit is hereby dismissed with prejudice in its entirety.

DATED this 6 day of ~~August~~ September, 2006.

Ann Aiken
District Court Judge

Presented by:

Daniel N. Gordon, OSB #78225
Of attorneys for Plaintiff

Page 1 - STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE